and wanton conduct. (*Snead v. Forbes, Inc.*) Having failed to present these facts by way of counteraffidavit during the summary judgment proceedings, plaintiffs cannot now rely on such possible witnesses to substantiate their claims.

For the reasons stated, the order of the circuit court of Cook County granting summary judgment to defendant is hereby affirmed.

Order affirmed.

DEMPSEY and MEJDA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GLENN BENES, Defendant-Appellant.

(No. 59118;

First District (5th Division)—November 8, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Paul D. Katz, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Rea Markin, and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.